**UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

|  |  |
|---|---|
| TRANSWORLD SYSTEMS, INC., *et al.*, | |
| *Plaintiffs*, | |
| v. | |
| THE UNITED STATES, | Nos. 24-1791, 24-1831 |
| *Defendant*, | Judge Philip S. Hadji |
| and | |
| COAST PROFESSIONAL, INC., *et al.*, | |
| *Defendant-Intervenors*. | |

**PLAINTIFF'S VOLUNTARY DISMISSAL OF ACTION**

Pursuant to Rule 41(a) of the Rules of the U.S. Court of Federal Claims ("RCFC"), Plaintiff Transworld Systems, Inc. ("TSI") respectfully notifies the Court that it is dismissing the above-captioned bid protest action without prejudice based on the U.S. Department of Justice's notice of corrective action (ECF 63, 67) and representations regarding the nature and scope of the corrective action to counsel for Plaintiff. Because Defendant has not served an answer, motion for summary judgment, or motion for judgment on the administrative record, no Court order is required to effectuate this dismissal. *See* RCFC 41(a)(1)(A)(i). TSI reserves all rights to challenge the results of the pending corrective action should it be necessary.

| | |
|---|---|
| Dated: March 3, 2025 | Respectfully submitted,<br><br>VENABLE LLP<br><br><u>/s/ Paul A. Debolt</u><br>Paul A. Debolt, Counsel of Record<br>600 Massachusetts Ave. NW<br>Washington, DC 20001<br>202.344.8384<br>padebolt@venable.com<br><br>*Counsel for Transworld Systems, Inc.* |

Of Counsel:

Christopher G. Griesedieck, Jr.
Lindsay M. Reed
David L.W. Smith
600 Massachusetts Ave. NW
Washington, DC 20001

Kelly M. Boppe
1850 Towers Crescent Plaza, Suite 400
Tysons, VA 22182